amount of bail on a basis other than the showing made in the Court's return.

HAMLIN, J., is of the opinion that, on the showing made, the application should be denied.

226 So.2d 336

**STATE of Louisiana**

**v.**

**Michael A. McDONOUGH.**

**No. 50117.**

Sept. 17, 1969.

In re: Michael A. McDonough applying for writs of certiorari, prohibition and mandamus.

Writ refused. Applicant has an adequate remedy for review of all bills of exceptions in the event of conviction.